IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICK FUCHS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-cv-1178-DII |
| STEWARD PARTNERS GLOBAL ADVISORY, LLC, et al., | § § § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant Steward Partners Global Advisory, LLC and Defendant Steward Partners Management Holdings, LLC's ("Defendants") Motion to Compel Arbitration, (Dkt. 21). (R. & R., Dkt. 45). Plaintiffs timely filed objections to the report and recommendation. (Objs., Dkt. 47).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiffs' objections and adopts the report and recommendation as its own order, with the clarification that this action shall be dismissed without prejudice.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 45), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion to compel arbitration, (Dkt. 21), is **GRANTED** and the entire action is **REFERRED** to arbitration.

**IT IS FINALLY ORDERED** that Plaintiffs' claims are **DISMISSED without prejudice**.

The Court will enter final judgment by separate order.

**SIGNED** on September 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE